UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | CIVIL ACTION NO. 1:14-cv-07025-ALC |
| Plaintiff, | |
| - against – | MOTION FOR ADMISSION PRO HAC VICE |
| SC ACADEMY HOLDINGS, INC., SC ACADEMY, INC., CULINARY ACADEMY OF LONG ISLAND, INC. and CULINARY ACADEMY OF NEW YORK, INC., | ECF CASE |
| Defendants. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Martin John O'Leary**, hereby move this Court for an Order for admission to practice Pro Hace Vice to appear as counsel for **Philadelphia Indemnity Insurance Company** in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: September 17, 2014

Respectfully Submitted,

_____
Applicant Signature
Applicant's Name: Martin John O'Leary
Firm Name: Sedgwick LLP
Address: 333 Bush Street, 30th Floor
City/State/Zip: San Francisco, California 94104
Telephone/Fax: 415.781.7900/415.781.2635
Email: martin.oleary@sedgwicklaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | CIVIL ACTION NO. 1:14-cv-07025-ALC |
| Plaintiff, | |
| - against – | ORDER FOR ADMISSION PRO HAC VICE |
| SC ACADEMY HOLDINGS, INC., SC ACADEMY, INC., CULINARY ACADEMY OF LONG ISLAND, INC. and CULINARY ACADEMY OF NEW YORK, INC., | ECF CASE |
| Defendants. | |

The motion of **Martin John O'Leary** for admission to practice Pro Hace Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

<u>Applicant's Name:</u> Martin John O'Leary
<u>Firm Name:</u> Sedgwick LLP
<u>Address:</u> 333 Bush Street, 30th Floor
<u>City/State/Zip:</u> San Francisco, California 94104
<u>Telephone/Fax:</u> 415.781.7900/415.781.2635
<u>Email:</u> martin.oleary@sedgwicklaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Philadelphia Indemnity Insurance Company** in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge

**THE STATE BAR**
**OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617   TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

September 4, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARTIN JOHN O'LEARY, #106546 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1982; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records