COURTESY COPY
FILED BY ECF

MEMO ENDORSED

# ReedSmith

Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005-3373
Tel +1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

John W. Schryber
Direct Phone: +1 202 414 9277
Email: jschryber@reedsmith.com

September 29, 2014

**Via ECF and Electronic Mail**

The Honorable Andrew L. Carter
U.S. District Court Judge
U.S. District Court for the Southern District of
New York
40 Foley Square, Room 435
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-1-14

Re:  *Philadelphia Indem. Ins. Co. v. SC Academy Holdings, et al.*; 1:14-cv-07025;
     Defendants' Request for an Adjournment of the Pre-Motion Conference

Dear Judge Carter:

The undersigned represents Defendants The Culinary Academy of Long Island, Inc., The Culinary Academy of New York, Inc., SC Academy Holdings, Inc., and SC Academy, Inc. (collectively, "Star" or "Defendants") in the above-captioned case. The Court recently scheduled a pre-motion conference for October 10, 2014 at 11:00 a.m. (ECF No. 8). We write to respectfully request the pre-motion conference be rescheduled due to a conflict in counsels' schedules. This is our first request for an adjournment. The parties have met and conferred and all agree to an adjournment. If it is convenient for the Court, the parties' preference is to have the conference on October 16th. Alternatively, the parties are available on October 17th.

Sincerely,

John W. Schryber

*Application granted. The Pre-motion conference is adjourned to 10/16/14 at 2:45 p.m. So Ordered.*

*Andrew L. Carter*
*10-1-14*

cc:  Chris Bradley, Esq., Marshall, Conway, & Bradley, P.C. (via email)
     Guy Philip Dauerty, Esq., Marshall, Conway, & Bradley, P.C. (via email)
     Katelin B. O'Rourke Gorman, Esq., Sedgwick LLP (via email)
     Martin J. O'Leary, Esq., Sedgwick LLP (via email)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ ATHENS ♦ KAZAKHSTAN

US_ACTIVE-119359559.1