UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PHILADELPHIA INDEMNITY
INSURANCE CO.,

                           Plaintiff,

           - against -

SC ACADEMY HOLDINGS, INC.,
SC ACADEMY, INC., et al.,

                       Defendants.

-------------------------------------------------------------x

    1:14-cv-07025 (ALC)

    ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

    As stated on the record at the October 16, 2014 pre-motion conference, Defendants have leave to a file a motion to dismiss.   Defendants may file their motion to dismiss by October 30, 2014.   Plaintiff's opposition to the motion to dismiss will be due on November 13, 2014.   And Defendants' reply, if necessary, should be filed by November 20, 2014.

**SO ORDERED.**

Dated:   October 16, 2014
          New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/14