IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Philadelphia Indemnity Insurance Co., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>SC Academy Holdings, Inc., *et al.*, <br><br>　　　　　Defendants. | Civ. No. 1:14-cv-07025-ALC <br><br> **NOTICE OF MOTION TO DISMISS** |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to the Declaratory Judgment Act (28 U.S.C. § 2201) and the federal abstention doctrine set forth in *Brillhart v. Excess Insurance Co. of America*, 316 U.S. 491, 494 (1942) and *Wilton v. Seven Falls Co.*, 515 U.S. 277, 282, 286 (1995), the undersigned attorneys for Defendants SC Academy Holdings, Inc.; SC Academy, Inc.; Culinary Academy of Long Island, Inc. ("CALI"), and Culinary Academy of New York, Inc. ("CANY") (collectively, "Star"), apply to the United States District Court for the Southern District of New York for an order in favor of Star dismissing all claims brought by Plaintiff Philadelphia Indemnity Insurance Company against Star.

PLEASE TAKE FURTHER NOTICE that in support of the motion, under L. Civ. R. 7.1, Star shall rely upon the attached Memorandum of Law, Declaration of Ellen Kanakaris, Declaration of Alexis P. Storey, Esq., and accompanying exhibits.

US_ACTIVE-119769719.1

Dated: October 30, 2014
Respectfully submitted,

By: _/s/ John Schryber_
John Schryber, Esq. (JS-7881)
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, DC 20005
PH: (202) 414-9200
FAX: (202) 414-9299

Julie L. Hammerman, Esq. (*pro hac application to be submitted*)
Alexis P. Storey, Esq. (*admitted pro hac vice*)
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, DC 20005
PH: (202) 414-9200
FAX: (202) 414-9299

*Counsel for Defendants.*

US_ACTIVE-119769719.1