IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Philadelphia Indemnity Insurance Co., <br><br> Plaintiff, <br><br> v. <br><br> SC Academy Holdings, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 1:14-cv-07025-ALC <br> ) <br> ) **DECLARATION OF ELLEN** <br> ) **KANAKARIS** <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF ELLEN KANAKARIS

I, Ellen Kanakaris, pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.9, declare the following under the penalty of perjury:

1. I am the Chief Financial Officer of Culinary Academy of New York, Inc. ("CANY"), Culinary Academy of Long Island, Inc. ("CALI"), SC Academy, Inc., and SC Academy Holdings, Inc. (collectively, "Star"). I work out of Star's headquarters in Cherry Hill, New Jersey (formerly Berlin, New Jersey). I have personal knowledge of the matters described herein.

2. This Declaration is submitted in support of Defendants' Motion to Dismiss.

3. SC Academy Holdings, Inc. is incorporated in Delaware, and at all times relevant to this dispute, maintained a principal place of business in Berlin, New Jersey until headquarters was moved to Cherry Hill, New Jersey in June of 2014.

4. SC Academy Inc. is incorporated in Delaware, and at all times relevant to this dispute, maintained a principal place of business in Berlin, New Jersey until headquarters was moved to Cherry Hill, New Jersey in June of 2014.

5.  CALI is incorporated in Delaware, and at all times relevant to this dispute, has maintained a principal place of business in Syosset, New York. CALI operates the Clifton, New Jersey and Newark, New Jersey campuses of Star Career Academy, in addition to the Syosset, New York, Philadelphia, Pennsylvania and Audubon, Pennsylvania campuses of Star Career Academy. CALI employees involved in admissions, administration, and instruction at the Clifton and Newark campuses do not work out of the New York campus location.

6.  CANY is incorporated in Delaware, and at all times relevant to this dispute, has maintained a principal place of business in New York, New York. CANY operates the Egg Harbor Township, New Jersey and Brick, New Jersey campuses of Star Career Academy, in addition to the Manhattan campus of Star Career Academy. CANY employees involved in the admissions, administration, and instruction at the two New Jersey campuses do not work out of the New York campus location.

7.  The insurance policy applications were received and completed at headquarters in Berlin, New Jersey. The broker, Amsure (located in Albany, New York), visited Star's headquarters in Berlin, New Jersey to discuss and review a summary of the policy renewals on at least two occasions. The approval to pay the policy premiums was issued from Star's Berlin, New Jersey headquarters.

8.  The allegations at issue in the underlying student claims against Star all relate exclusively to Star's four New Jersey campus locations: Brick, Clifton, Egg Harbor Township, and Newark.

Executed on October 30, 2014.

*Ellen Kanakaris*

Ellen Kanakaris