### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October 2014, a true copy of the foregoing Motion to Dismiss, Memorandum of Law, Declaration of Alexis P. Storey, Esq., Declaration of Ellen Kanakaris, Proposed Order, and accompanying exhibits were served <u>via the CM/ECF system, which will send notification of such filing to the following email addresses of counsel of record</u>:

      Christopher T. Bradley
      Guy Philip Dauerty
      Marshall, Conway & Bradley, P.C.
      116 John Street
      New York, NY 10038
      cbradley@mcwpc.com
      gdauerty@mcwpc.com

      Martin John O'Leary
      Sedgwick LLP
      225 Liberty Street, 28th Floor
      New York, NY 10281
      Martin.oleary@sedgwicklaw.com
      Katelin.orourke@sedgwicklaw.com

      *Counsel for Plaintiff*

            /s/ *John W. Schryber*
                John W. Schryber

US_ACTIVE-119795730.1