IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Philadelphia Indemnity Insurance Co., <br><br> Plaintiff, <br><br> v. <br><br> SC Academy Holdings, *et al.*, <br><br> Defendants. | Civ. No. 1:14-cv-07025-ALC <br><br> **DECLARATION OF <br> ALEXIS P. STOREY, ESQ. <br> IN FURTHER SUPPORT OF <br> DEFENDANT'S MOTION TO DISMISS** |

## DECLARATION OF ALEXIS P. STOREY, ESQ.

I, Alexis P. Storey, Esq., pursuant to 28 U.S.C. ¶ 1746 and Local Rule 1.9, declare the following under the penalty of perjury:

1. I am a practicing attorney and associate with the law firm of Reed Smith, LLP, which serves as counsel for Defendants in this matter. My primary place of practice is in Reed Smith's Washington, DC office located at 1301 K Street NW, Suite 1100 – East, Washington, DC 20005. I have been admitted *pro hac vice* in this Court for this action.

2. I respectfully submit this Declaration in Support of Defendants' Memorandum of Law in Further Support of Defendants' Motion to Dismiss.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Philadelphia Indemnity Insurance Company's Memorandum of Law In Support of Its Motion to Intervene in *Forslund v. Culinary Academy of Long Island, Inc., et al.*, No. CAM-L-3533-12 (N.J. Super. Ct., Camden Cty.) (filed May 23, 2014)).

- 2 -

4. Attached hereto as **Exhibit 2** is a true and correct copy of Philadelphia Indemnity Insurance Company's Reply Brief in Support of its Motion to Intervene in *Forslund* (filed April 25, 2014).

5. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of the 2011-2012 Directors and Officers Policy issued by Philadelphia Indemnity Insurance Co. to Star.

Dated: November 20, 2014

                                                        Alexis P. Storey, Esq.