UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Philadelphia Indemnity
Insurance Company          Plaintiff,

Case No. 1:14-cv-7025

-against-

SC Academy Holdings, Inc. et al.   Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Guy Philip Dauerty**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: GD3171      My State Bar Number is 2415560

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Newman Myers Kreines Gross Harris, P.C.
            FIRM ADDRESS: 40 Wall Street - 26th Floor, New York, NY 10005
            FIRM TELEPHONE NUMBER: 212-619-4350
            FIRM FAX NUMBER: 212-619-3622

NEW FIRM:   FIRM NAME: Marshall Conway & Bradley, P.C.
            FIRM ADDRESS: 45 Broadway - Suite 740, New York, NY 10006
            FIRM TELEPHONE NUMBER: 212-619-4444
            FIRM FAX NUMBER: 212-962-2647

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: December 16, 2014

_____
ATTORNEY'S SIGNATURE