# MARSHALL CONWAY & BRADLEY

A PROFESSIONAL CORPORATION
45 BROADWAY – SUITE 740
NEW YORK, NEW YORK 10006
TELEPHONE: (212) 619-4444
TELECOPIER:(212) 962-2647

email: mcw@mcwpc.com

JEFFREY A. MARSHALL
ROBERT J. CONWAY
CHRISTOPHER T. BRADLEY
NORMAN J. GOLUB*
MICHAEL S. GOLLUB^
AMY S. WEISSMAN*
GUY P. DAUERTY

DANIEL A. ALTER
WILLIAM J. EDWINS
ANNA E. GABBAY
ADAM J. GOLUB*
THOMAS J. NEMIA ^+^
RAMY ODEH

DAVID A. RICHMAN^
ALLISON J.SEIDMAN ^
STACEY H. SNYDER*
ANDREW S. TAYLOR
LAUREN TURKEL
STEVEN M. ZIOLKOWSKI*

**NEW JERSEY OFFICE**
2500 Plaza 5
Harborside Financial Center
Jersey City, N.J. 07311
Telecopier: (201) 521-3180

^ ADMITTED IN CT.
^ ADMITTED IN WASHINGTON, D.C.
+ ADMITTED IN VA.
* ADMITTED IN N.J.

January 21, 2015

**Via ECF and Electronic Mail**

The Honorable Andrew L. Carter
U.S. District Court Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 435
New York, New York

Re: Philadelphia Indemnity Insurance Co. v. SC Academy Holidns, Inc., *et al.*, 1:14-cv-07025-ALC

Dear Judge Carter:

The undersigned represents Plaintiff, Philadelphia Indemnity Insurance Company in the above-captioned action.

For purposes of clarification, we would like to note that under New Jersey's choice-of-law rules, specifically the "government interest analysis" referenced in Judge Millenky's January 14, 2015 letter, the decision as to whose law to apply is "…made issue by issue on the basis of which state has the greatest interest in the application of its own law to *that issue*." *Gantes v. Kason Corp.*, 145 N.J. 478, 498, 679 A.2d 106, 115 (1996) (emphasis added) (*citing Veazey v. Doremus,* 103 N.J. 244, 248, 510 *A*.2d 1187 (1986)).

Judge Millenky's Order relates solely to the narrow issue raised in Plaintiff Culinary Academy's Motion for Partial Summary Judgment. Judge Millenky did not rule as to whether there was an actual conflict on other important issues in this case, *i.e.* where New York public policy differs from New Jersey law, such as the insurability of restitution, punitive damages, *etc.*

Respectfully submitted,

Christopher T. Bradley