# IN THE UNITED STATES DISTRICT COURT FOR
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Philadelphia Indem. Ins. Co., <br><br> Plaintiff, <br><br> v. <br><br> SC Academy Holdings, et al., <br><br> Defendant. | Civ. No. 1:14-cv-07025-ALC <br><br> **ORDER FOR ADMISSION PRO HAC VICE** |

2-2-15

The motion of Julie L. Hammerman, for admission to practice Pro Hac Vice in the above captioned action is granted.

Julie L. Hammerman has declared that she is a member in good standing of the bars of the State of Maryland and the District of Columbia; and that her contact information is as follows:

> Julie L. Hammerman
> REED SMITH LLP
> 1301 K Street, N.W. Suite 1100 – East Tower
> Washington, DC 20005
> Telephone: +1 202 414 9271
> Facsimile: +1 202 414 9299

Julie L. Hammerman having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants SC Academy Holdings, Inc., SC Academy, Inc., Culinary Academy of Long Island, Inc. and Culinary Academy of New York, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Julie L. Hammerman is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

US_ACTIVE-119935910.1

Dated: 2-2-15                                              ~~United States Magistrate Judge~~

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE