# ReedSmith

1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005-3373
Tel +1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

**John W. Schryber**
Direct Phone: +1 202 414 9277
Email: jschryber@reedsmith.com

March 11, 2015

**Via ECF and Electronic Mail**

The Honorable Andrew L. Carter
U.S. District Court Judge
U.S. District Court for the
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: Philadelphia Indemnity Insurance Co. v. SC Academy Holdings, Inc., *et al.*, 1:14-cv-07025-ALC

Dear Judge Carter:

The undersigned represents Defendants The Culinary Academy of Long Island, Inc., The Culinary Academy of New York, Inc., SC Academy Holdings, Inc., and SC Academy, Inc. (collectively, "Star") in the above-captioned insurance coverage case.

Currently pending before the Court is the Star Defendants' Motion to Dismiss on federal abstention grounds based on the existence of a parallel insurance coverage action currently proceeding in New Jersey Superior Court. *See* ECF Nos. 17-20, 25-26. We write to inform you of the most recent judicial decision by the presiding judge in that litigation interpreting the subject insurance policies. On March 6, 2015, the Honorable Robert G. Millenky in New Jersey Superior Court, Camden County granted Star's Motion for Partial Summary Judgment Regarding Duty to Allocate.

Very truly yours,

John W. Schryber

cc: Christopher Bradley, Esq.
    Martin J. O'Leary, Esq.

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ ATHENS ♦ KAZAKHSTAN

US_ACTIVE-121293099