# MARSHALL CONWAY & BRADLEY

A PROFESSIONAL CORPORATION
45 BROADWAY – SUITE 740
NEW YORK, NEW YORK 10006
TELEPHONE: (212) 619-4444
TELECOPIER:(212) 962-2647

email: mcw@mcwpc.com

| | | | |
|---|---|---|---|
| JEFFREY A. MARSHALL | DANIEL A. ALTER | DAVID A. RICHMAN^ | **NEW JERSEY OFFICE** |
| ROBERT J. CONWAY | WILLIAM J. EDWINS | ALLISON J.SEIDMAN ᐃ | 2500 Plaza 5 |
| CHRISTOPHER T. BRADLEY | ANNA E. GABBAY | STACEY H. SNYDER* | Harborside Financial Center |
| NORMAN J. GOLUB* | ADAM J. GOLUB* | ANDREW S. TAYLOR | Jersey City, N.J. 07311 |
| MICHAEL S. GOLLUB ᐃ | THOMAS J. NEMIA ᐃ*^ | LAUREN TURKEL | Telecopier: (201) 521-3180 |
| AMY S. WEISSMAN* | RAMY ODEH | STEVEN M. ZIOLKOWSKI* | |
| GUY P. DAUERTY | | | |

ᐃ ADMITTED IN CT.
^ ADMITTED IN WASHINGTON, D.C.
+ ADMITTED IN VA.
* ADMITTED IN N.J.

March 17, 2015

**Via ECF and Electronic Mail**

The Honorable Andrew L. Carter
U.S. District Court Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 435
New York, New York

Re:   *Philadelphia Indemnity Insurance Co. v. SC Academy Holdings, Inc., et al.,* 1:14-cv-07025-ALC

Dear Judge Carter:

We represent Plaintiff, Philadelphia Indemnity Insurance Company ("Philadelphia") in the above-captioned action.

We are aware of Defendant's counsel providing updates in this matter. We wish to underscore that Plaintiff, Philadelphia, has taken no affirmative action whatsoever in the New Jersey action. More importantly, none of these minor interim decisions in the New Jersey action involve the application of New Jersey law or address the singular issue before this Court, *i.e.*, the duty to indemnify.

We are acutely aware that the jurisdictional motion before Your Honor involves very important New York public policy issues. We continue to await Your Honor's decision in this regard.

Respectfully submitted,

*/s/ Chris T Bradley*
Christopher T. Bradley

cc:   John W. Schryber, Esq.
      Alexis P. Storey, Esq.