UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHILADELPHIA INDEMNITY
INSURANCE CO.,

                Plaintiff,           14 **CIVIL** 7025 (ALC)

    -against-                            **JUDGMENT**

SC ACADEMY HOLDINGS, INC., et al.,
                Defendants.
-----------------------------------------------------------X

       On October 30, 2014, Defendants having moved to dismiss on federal abstention grounds arguing that abstention was appropriate because of the coverage action they had already filed in state court in Camden County, New Jersey on August w20, 2014, in a letter filed on April 22, 2015, Plaintiff advised the Court that all but one of the seven lawsuits named in the Complaint — a class action in New Jersey state court involving a single claim under the New Jersey Consumer Fraud Act ("NJCFA") — had been resolved, and the matter having come before the Honorable Andrew L. Carter, Jr., United States District Judge, and the Court, on July 1, 2015, having rendered its Order granting Defendants' Motion to Dismiss on abstention grounds and directing the Clerk of Court to close this case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 1, 2015, Defendant's Motion to Dismiss is granted on abstention grounds and the case is closed.

Dated:  New York, New York
          July 2, 2015

                                                  **RUBY J. KRAJICK**
                                                     Clerk of Court
                                BY:
                                                     **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____